IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC )<br><br>Plaintiff, )<br><br>v. )<br><br>SONY ELECTRONICS, INC. d/b/a SONY CORPORATION OF AMERICA, and SONY COMPUTER ENTERTAINMENT AMERICA LLC, )<br><br>Defendants. )<br>_____ ) | Case No. 2:16-cv-00405-RWS |

**PLAINTIFF ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS'
UNOPPOSED MOTION TO DISMISS SONY ELECTRONICS, INC.
d/b/a SONY CORPORATION OF AMERICA**

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Rothschild Broadcast Distribution Systems ("RBDS") and Defendants Sony Electronics Inc. d/b/a Sony Corporation of America, and Sony Computer Entertainment America LLC respectfully move for dismissal without prejudice of all of RBDS's claims against the Defendant Sony Electronics Inc. d/b/a Sony Corporation of America in this action, with the parties RBDS, Sony Electronics Inc. d/b/a Sony Corporation of America to each bear its own costs and attorneys' fees.

Respectfully Submitted,

Dated: May 17, 2016                      By:  */s/Jay Johnson*_____
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451- 0164
Fax: (214) 451- 0165
jay@kpllc.com
bkizzia@kpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned counsel for Plaintiff Texas Patent Imaging LLC certifies that he met and conferred with counsel for Defendant on May 17, 2016 and that Defendant's counsel agrees with this motion.

                                          */s/ Jay Johnson*_____
                                          Jay Johnson

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of May, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                          */s/Jay Johnson*_____
                                          Jay Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 2:16-cv-00405-RWS |
| SONY ELECTRONICS, INC. d/b/a SONY CORPORATION OF AMERICA, and SONY COMPUTER ENTERTAINMENT AMERICA LLC, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER ON UNOPPOSED MOTION TO DISMISS SONY ELECTRONICS, INC. d/b/a SONY CORPORATION OF AMERICA**

The Unopposed Motion of Plaintiff Rothschild Broadcast Distribution Systems, LLC ("RBDS") and Defendants Sony Electronics, Inc. d/b/a Sony Corporation of America, and Sony Computer Entertainment America LLC for the dismissal without

3

prejudice of Sony Electronics Inc. d/b/a Sony Corporation of America under Federal Rule of Civil Procedure 41(a)(1)(A)(i) is GRANTED.

Pursuant to Rule 41(a)(1)(A)(i), all of RBDS's claims against Sony Electronics Inc. d/b/a Sony Corporation of America in this action are hereby dismissed without prejudice, and RBDS and Sony Electronics Inc. d/b/a Sony Corporation of America will each bear its own costs and attorneys' fees.

IT IS SO ORDERED.