**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00385-RWS |
| vs. | § § | LEAD CASE |
| AT&T SERVICES, INC. | § § | |
| Defendant. | § § | |
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC | § § § | |
| Plaintiff, | § § | Case No: 2:16-cv-00405-RWS |
| vs. | § § | CONSOLIDATED CASE |
| SONY COMPUTER ENTERTAINMENT AMERICA LLC. | § § § | |
| Defendant. | § § | |

**ORDER ON JOINT MOTION TO DISMISS**

The joint motion of Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff"), and Defendant Sony Computer Entertainment America LLC, now named Sony Interactive Entertainment America LLC ("Defendant") (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(2), for an order dismissing Plaintiff's claims in this action against Defendant with prejudice, and dismissing Defendant's counterclaims without prejudice (Docket No. 46) is **GRANTED**. Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**, and Defendant's counterclaims against Plaintiff are hereby **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED.

**SIGNED this 15th day of September, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE